UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

SEP 28 2016

David J. Bradley, Clerk of Court

SEALED  11/9/16

UNSEALED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER |
| LUIS CARLOS CASTILLO-CERVANTES | § | C-16-802 |

### GOVERNMENT'S MOTION FOR ISSUANCE OF ARREST WARRANT

COMES NOW the United States of America through Kenneth Magidson, United States Attorney in and for the Southern District of Texas, and respectfully requests the Honorable Court to issue a warrant for the arrest of LUIS CARLOS CASTILLO-CERVANTES, pursuant to an Indictment filed on September 28, 2016. The Government moves for the defendant's detention without bond.

Respectfully submitted,

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____
JULIE K. HAMPTON
Assistant United States Attorney