UNSEALED ~~SEALED~~ 11/9/16

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

SEP 28 2016

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| LUIS CARLOS CASTILLO-CERVANTES | § | C-16-802 |

## NOTICE OF RELATED CASES

COMES NOW the United States of America through Kenneth Magidson, United States Attorney in and for the Southern District of Texas, and files the following NOTICE OF RELATED CASES.

The following cases are related to the instant case:

**Western District of Texas; Criminal Cases:**
*United States of America vs. Hector Javier Villarreal Hernandez*
Criminal No. 5:14-cr-00100-XR
Status: Awaiting trial.

*United States of America vs. Antonio Pena-Arguellas*
Criminal No. 5:12-cr-00102-OLG-1
Status: Defendant sentenced March 31, 2014.

**Southern District of Texas; Criminal Cases:**

*United States of America vs. Guillermo Flores Cordero and Leticia Maria de Guadalupe Galan Villalobos*
In the Southern District of Texas, Corpus Christi Division
Criminal No. C-13-CR-718
Judge Nelva Gonzales
Status: Defendant one is awaiting sentencing; Defendant two is awaiting trial.

**Western District of Texas; Civil Forfeitures:**

*United States of America v. Real Property Known as an Exxon Service Station/Convenience Store at 4425 E. 14th Street, Brownsville, Texas*
Civil No. SA-12-CV-377-FB
Value $1,132,128.00

*United States of America v. Real Property Known as Peninsula Island Resort and Spa at 340 South Padre Island Blvd., Unit 602, Building B, South Padre Island, Texas*
Civil No. SA-12-CV-379-OG
Value $280,797.00

United States of America *v. Real Property Known as an Apartment Complex Located at 3454 Boca Chica Blvd., Brownsville, Texas*
Civil No. SA-12-CV-373-FB
Value $799,958.00

*United States of America v. Real Property Known as Javi's Carwash Located at 1317 W. Tyler, Harlingen, Texas*
Civil No. SA-12-CV-374-FB
Value $307,503.00

*U.S. v. Real Property Known as Javi's Carwash Located at 5215 South Padre Highway, Brownsville, Texas*
Civil No. SA-12-CV-375-FB
Value $309,801.00

*United States of America v. Real Property Known as a Single-family Residence Located at 740 S. Central Ave., Brownsville, Texas*
Civil No. SA-12-CV-372-FB
Value $62,495.9

*United States of America v. Real Property Known as a Strip/Shopping Center Located at 3454 Boca Chica Blvd., Brownsville, Texas*
Civil No. SA-12-CV-382-XR
Value $361,147.00

*United States of America v. Real Property Known as White Orchid Apartment Complex Located at 3480 Boca Chica Blvd., Brownsville, Texas*
Civil No. SA-12-CV-378-FB
Value $434,734.00

*United States of America v. Real Property Known as a Single-family Residence and Adjacent Lot Located and Situated at 3911 Luz Del Faro, San Antonio, Bexar County, Texas*
Civil No. SA-12-CV-383-FB
Value $1,355,970.00

*United States of America v. Real Property Known as the North Pointe Strip/Shopping Center, More Fully Described as Lots 42, 43, 44, and 45, Block 6, New City Block 17586, San Antonio, Bexar County, Texas*
Civil No. SA-12-CV-381-OG
Value $6,324,570.00

*United States of America v. Real Property Known as CVS Store No. 8978 and Adjacent Vacant Lots Located and Situated at 20203 Stone Oak Parkway, San Antonio, Bexar County, Texas*
Civil No. SA-12-CV-376-OG
Value $3,943.810.00

*United States of America v. Real Property Known as Centurion Storage, a High Rise Mini-storage Facility Located and Situated at 2310 North Loop 1604 West, San Antonio, Bexar County, Texas*
Civil No. SA-12-CV-380-FB
Value $6,560.000.00

*United States of America v. $1,214,232.59 seized from JP Morgan Chase Acct.*
Civil No. SA-12-CV-912-FB
Value $1,214,232.59

**Southern District of Texas; Civil Forfeitures**:

*United States of America v. All Funds on Deposit at Sun Secured Advantage Account Number 26-2673-031320 Held at The Bank of N.T. Butterfield and Son Limited in Bermuda*
Civil No. C-13-CV-033
Value $2,275,544.41

*United States of America v. All Funds on Deposit at Old Mutual of Bermuda, Ltd. Contract Number CX4011696 in Bermuda*
Civil No. C-13-CV-294
Value $2,762,066.00

*United States of America v. Real Property, Known as 334 Padre Boulevard, Condominium Unit 1401, Cameron County, Texas 78597*
Civil No. C-12-CV-167
Value $700,000.00

*United States of America v. 3699 Calle Buenos Aires, Brownsville, Texas 78526*
Civil No. C-13-CV-169
Value $100,000.00

*United States of America v. 3705 Calle Buenos Aires, Brownsville, Texas 78526*

Civil No. C-13-CV-170
Value $100,000.00

*United States of America v. 3171 Calle Colombia, Brownsville, Texas 78526*
Civil No. C-13-CV-171
Value $100,000.00

*United States of America v. 3224 Calle Argentina, Brownsville, Texas 78526*
Civil No. C-13-CV-172
Value $100,000.00

*United States of America v. 3200 Calle Argentina, Brownsville, Texas 78526*
Civil No. C-13-CV-173
Value $100,000.00

*United States of America v. 7581 Ironwood, Brownsville, Texas 78526*
Civil No. C-13-CV-174
Value $100,000.00

*U.S. v. 7589 Ironwood, Brownsville, Texas 78526*
Civil No. C-13-CV-175
Value $100,000.00

*United States of America v. 7594 Ironwood, Brownsville, Texas 78526*
Civil No. C-13-CV-176
Value $100,000.00

*United States of America v. 7585 Ironwood, Brownsville, Texas 78526*
Civil No. C-13-CV-177
Value $100,000.00

These cases are the product of an investigation by agents from the Drug Enforcement Agency, Homeland Security Investigations, and the Internal Revenue Service.

Respectfully submitted,

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____
JULIE K. HAMPTON
Assistant United States Attorney