United States Courts
Southern District of Texas
FILED

NOV 09 2016

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | CRIMINAL NUMBER C-16-802 |
| LUIS CARLOS CASTILLO-CERVANTES § | |

### GOVERNMENT'S MOTION TO UNSEAL INDICTMENT AND RELATED DOCUMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, through Kenneth Magidson, United States Attorney in and for the Southern District of Texas, and through the undersigned Assistant United States Attorney, and respectfully requests this Honorable Court to unseal the above-styled and numbered Indictment and related documents as to the above-named defendant, LUIS CARLOS CASTILLO-CERVANTES, because he has been arrested and there is no longer a need to seal these documents.

Respectfully submitted,

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By:   *s/ Julie K. Hampton*
JULIE K. HAMPTON
Assistant United States Attorney
Texas Bar No. 24032269
Southern District No. 431286
800 N. Shoreline Blvd., Suite 500
One Shoreline Plaza
Corpus Christi, Texas 77401
Tel. (361) 888-3111; Fax (361) 888-3200