Clerk, U.S. District Court
Southern District of Texas
FILED

NOV 09 2016

David J. Bradley, Clerk of Court

## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA

Vs.   Case Number:   C-16-802
**Luis Carlos Castillo-Cervantes**

### AFFIDAVIT FOR MATERIAL WITNESS

BEFORE ME, the undersigned authority, personally came and appeared the undersigned Agent, who being first duly sworn, deposed, and said:

Testimony of the following person(s) is material in criminal proceedings against the defendant named above. Designation and detention as material witnesses is requested for:

**Miguel Galcia-Barrientos**
**Maximiliano Medina-Aguirre**
**Porfirio Del Angel-Reyes**

These material witnesses are citizens of Mexico who have admitted belonging to a class of aliens who are deportable, being illegally within the United States. Should they be released and returned to their native country, they may not be subject to extradition. Thus, it would be impracticable to secure their presence at such time as the case is called for trial.

Sworn to in my presence on the [redacted]

Kyle L. Hellpap, ICE Special Agent
Homeland Security Investigations

9th day of November, 2016

UNITED STATES MAGISTRATE JUDGE
Jason B. Libby