UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CASE NO.   C-16-802 |
| | § | |
| LUIS CARLOS CASTILLO-CERVANTES | § | |

MOTION FOR RELEASE OF MATERIAL WITNESSES

COMES NOW, the United States of America, by and through the United States Attorney for the Southern District of Texas, and Jon Muschenheim, Assistant United States Attorney, and moves this Honorable Court for the release of Miguel Galcia-Barrientos, Maximiliano Medina-Aguirre and Porfirio Del Angel-Reyes.

Further, the United States requests that the United States Marshals Service release the witnesses forthwith into the custody of the Bureau of Immigration and Customs Enforcement.

Respectfully submitted,

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: *s/ Jon Muschenheim*
JON MUSCHENHEIM
Assistant United States Attorney
Southern District of Texas
District Bar No.: 9246
Texas Bar No: 1471650
800 N. Shoreline Blvd, Suite 500
Corpus Christi, Texas 78401

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Government's Motion for Release of Material Witnesses has been delivered to the following: Attorney for defendant and Attorney for the material witnesses, Miguel Galcia-Barrientos, Maximiliano Medina-Aguirre and Porfirio Del Angel-Reyes, on this 21st day of November, 2016

*s/ Jon Muschenheim*
JON MUSCHENHEIM
Assistant United States Attorney

CERTIFICATE OF CONSULTATION

I hereby certify that I consulted with the following:   Attorney for defendant and Attorney for the material witnesses, Miguel Galcia-Barrientos, Maximiliano Medina-Aguirre and Porfirio Del Angel-Reyes, who are unopposed to the motion.

*s/ Jon Muschenheim*
JON MUSCHENHEIM
Assistant United States Attorney