

# Department of the Treasury
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | C-16-802 |
| DEFENDANT | TYPE OF PROCESS |
| Luis Carlos Castillo Cervantes | Personal Service |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize

Luis Carlos Castillo Cervantes

Address (Street or RFD / Apt. # / City, State, and Zip Code

Luis Carlos Castillo Cervantes through his attorneys, Rick Salinas or Scott Ellison.

Send NOTICE OF EXECUTION to Requester:
Julie K. Hampton
ASSISTANT U.S. ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
800 N. Shoreline Blvd., Ste. 500
Corpus Christi, Texas 78401
(361) 888-3111

| | |
|---|---|
| Number Of Process To Be Served In This Case. | 3 |
| Number Of Parties To Be Served In This Case. | 3 |
| Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve attached preliminary order of criminal forfeiture regarding 2008 Learjet 45XR, serial number 354, tail number N135CG on defendant through his attorneys Rick Salinas or Scott Ellison.

Signature of Attorney or Other Originator requesting service on behalf of [X] Plaintiff [ ] Defendant

Telephone No. (361)888-3111

Date: Jan 5, 2017

SIGNATURE OF PERSON ACCEPTING PROCESS.

SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the Total # of Process Indicated.
District of Origin No. _____
District to Serve No. _____
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER:
Date

I hereby Certify and Return That I [✓] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above.

[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)

Men's Warehouse
2017 S. 10th St.
McAllen, TX 78503

Date of Service: 01/11/2017
Time of Service: #1556 2:21 [✓] PM

Signature, Title and Treasury Agency: Sylvia Garza, Special Agent, IRS

REMARKS:

TD F 90-22.48 (6/96)

C RETURN TO COURT    C FOR CASE FILE    C LEAVE AT PLACE OF SERVICE    C FILE COPY



# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>C-16-802 |
|---|---|
| DEFENDANT<br>Luis Carlos Castillo Cervantes | TYPE OF PROCESS<br>Personal Service |

| | | |
|---|---|---|
| **SERVE AT** | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br><br>Imperial Air, L.P. | |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code<br><br>Imperial Air, L.P. through Luis Carlos Castillo Cervantes through his attorneys, Rick Salinas or Scott Ellison. | |

| Send NOTICE OF EXECUTION to Requester:<br>Julie K. Hampton<br>ASSISTANT U.S. ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>800 N. Shoreline Blvd., Ste. 500<br>Corpus Christi, Texas 78401<br>(361) 888-3111 | Number Of Process To Be Served In This Case. | 3 |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | 3 |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve attached preliminary order of criminal forfeiture regarding 2008 Learjet 45XR, serial number 354, tail number N135CG company of defendant through his attorneys Rick Salinas or Scott Ellion.

| Signature of Attorney or other Originator requesting service on behalf of | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(361) 888-3111 | Date<br>Jan 5, 2017 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [✓] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.)<br><br>Men's Warehouse<br>2017 S. 10th St.<br>McAllen, TX 78503 | Date of Service<br>01/11/2017 | Time of Service<br>2:21 | [ ] AM<br>[✓] PM |
| | Signature, Title and Treasury Agency<br>Elvira Govea, Special Agent, IRS | | |
| REMARKS: | | | |

TD F 90-22.48 (6/96)

C RETURN TO COURT     C FOR CASE FILE     C LEAVE AT PLACE OF SERVICE     C FILE COPY



# Department of the Treasury
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>C-16-802 |
|---|---|
| DEFENDANT<br>Luis Carlos Castillo Cervantes | TYPE OF PROCESS<br>Personal Service |

**SERVE AT**
Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
Jason Honeycutt, Inter National Bank
Address (Street or RFD / Apt. # / City, State, and Zip Code)
1801 S. 2nd Street, McAllen, Texas 78503 (956) 664-8400

Send NOTICE OF EXECUTION to Requester:
Julie K. Hampton
ASSISTANT U.S. ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
800 N. Shoreline Blvd., Ste. 500
Corpus Christi, Texas 78401
(361) 888-3111

Number Of Process To Be Served In This Case: 3
Number Of Parties To Be Served In This Case: 3
Check Box if Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times):

Please serve attached preliminary order of criminal forfeiture regarding 2008 Learjet 45XR, serial number 354, tail number N135CG on attorney for Inter National Bank, lienholder.

Signature of Attorney or other Originator requesting service on behalf of: [X] Plaintiff [ ] Defendant
Telephone No.: (361)888-3111
Date: Jan 5, 2017

SIGNATURE OF PERSON ACCEPTING PROCESS: ___ Date: ___

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | Date

I hereby Certify and Return that I [✓] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above: ___
[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)

Date of Service: 01/11/2017
Time of Service: 11:40 [✓] AM [ ] PM

Signature and Agency: Sylvia Garza Special Agent, IRS

REMARKS:

TD F 90-22.48 (6/96)

C RETURN TO COURT   C FOR CASE FILE   C PLACE OF SERVICE   C FILE COPY



# Department of the Treasury
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>C-16-802 |
|---|---|
| DEFENDANT<br>Luis Carlos Castillo Cervantes | TYPE OF PROCESS<br>Personal Service |

**SERVE AT**
Name Of Individual, Company, Corporation, Etc. to Serve / Description of Property to Seize

Maria De Lourdes Martinez-Castillo

Address (Street or RFD / Apt. # / City, State, and ZIP)
1500 Trinity Street Mission, Texas 78572

Send NOTICE OF EXECUTION to Requester:
Julie K. Hampton
ASSISTANT U.S. ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
800 N. Shoreline Blvd., Ste. 500
Corpus Christi, Texas 78401
(361) 888-3111

| Number Of Process To Be Served In This Case. | 3 |
| Number Of Parties To Be Served In This Case. | 3 |
| Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times)

Please serve attached preliminary order of criminal forfeiture regarding 2008 Learjet 45XR, serial number 354, tail number N135CG on wife of defendant.

Signature of Attorney or other Originator requesting service on behalf of: [X] Plaintiff [ ] Defendant
Telephone No. (361)888-3111
Date: Jan 5, 2017

SIGNATURE OF PERSON ACCEPTING PROCESS:                    Date

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the Total # of Process Indicated.
District of Origin No. ____
District to Serve No. ____
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER:
Date

I hereby Certify and Return that I [✓] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN in "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:   person of suitable age and discretion then residing in the usual place of abode.

ADDRESS: (Complete only if different than shown above)
Date of Service: 01/11/2017
Time of Service: 11:15   [✓] AM [ ] PM

Signature of Authorized Treasury Agency
Sylvia Gomez, Special Agent, IRS

**REMARKS:**

TD F 90-22.48 (6/96)

C RETURN TO COURT    C FOR CASE FILE    C NOTICE OF PLACE OF SERVICE    C FILE COPY

United States District Court
Southern District of Texas
**ENTERED**
January 05, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL ACTION NO. 2:16-CR-802 |
| LUIS CARLOS CASTILLO-CERVANTES | § | |

### PRELIMINARY ORDER OF CRIMINAL FORFEITURE

Following Defendant LUIS CARLOS CASTILLO-CERVANTES' guilty plea, and based on the record, including the plea agreement and the re-arraignment of Defendant LUIS CARLOS CASTILLO-CERVANTES, the Court finds that the government has established the requisite nexus between a money judgment forfeiture in the amount of five million dollars ($5,000,000.00) and the aircraft identified as a 2008 Learjet 45XR aircraft, serial number 354, with all engines and equipment attached thereto, and all logs and documents contained therein, said aircraft bearing tail number N135CG, hereinafter referred to as "Subject Property," and the offense of conviction: Count One of the Indictment, conspiracy to launder monetary instruments.

Accordingly, the following property is ORDERED FORFEITED to the United States of America:

> 1) **A money judgment forfeiture in the amount of five million dollars ($5,000,000.00)**

is entered against the defendant pursuant to 18 U.S.C. § 891(a)(1)(C), in conjunction with 28 U.S.C. § 2461(c); and

2) **The aircraft identified as a 2008 Learjet 45XR aircraft, serial number 354, with all engines and equipment attached thereto, and all logs and documents contained therein, said aircraft bearing tail number N135CG.**

Upon the entry of this Order, the United States Attorney General, or a designee, is authorized to seize the Subject Property, whether held by the defendants or by a third party, and to conduct any discovery proper in identifying, locating or disposing of the Subject Property subject to forfeiture, in accordance with Fed. R. Crim. P. 32.2(b)(3).

Upon entry of this Order, the United States Attorney General, or a designee, is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

The United States shall publish notice of the order and its intent to dispose of the Subject Property in such a manner as the United States Attorney General, or a designee, may direct. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the Subject Property.

Any person, other than the above named defendants, asserting a legal interest in the Subject Property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of his alleged interest in the Subject Property, and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n).

Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendants at the time of sentencing and shall be made part of the sentence and included in the judgment.

. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

Any petition filed by a third party asserting an interest in the Subject Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent

2 / 3

of the petitioner's right, title, or interest in the Subject Property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the Subject Property, any additional facts supporting the petitioner's claim and the relief sought.

After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the Subject Property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(2).
The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

SIGNED and ORDERED this 5th day of January, 2017.

_____
Janis Graham Jack
Senior United States District Judge