United States District Court
Southern District of Texas
**ENTERED**
December 07, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | CRIMINAL NUMBER C-16-802 |
| § § | |
| LUIS CARLOS CASTILLO-CERVANTES § | |

### AGREED FINAL JUDGMENT OF FORFEITURE

THIS DAY came on to be considered the Motion for Agreed Final Judgment of Forfeiture.

Having taken judicial notice of the matters on file in this case, the Court finds the following facts at the parties' request.

A) On November 19, 2014, an indictment (D.E. 1) was returned in this cause which charged Defendant with conspiracy to launder monetary instruments, in violation of Title 18 U.S.C. §1956(h). At the time of his plea, Defendant agreed to forfeit his interest in the subject properties 1 through 11. (D.E. 43). That the statement of the case at the defendant's Rule 11 proceeding on January 3, 2017 set out probable cause to believe that the subject properties 1 through 11 are subject to forfeiture to the United States pursuant to 18 U.S.C. § 982 (a)(1). Preliminary Orders of Forfeiture were later entered (D.E. 45 & 75).

B) That the subject properties 1 through 11 were brought into the jurisdiction of the Court by the indictment filed in this cause. The subject properties 1 through 11 are stated below:

**Subject Property 1:** Year of Manufacture: 1980 Make: Roadster Model: DOVA
Vehicle Identification Number: DC9H3 IH127270 Registration

1

|  |  |
|---|---|
| | Tags: SHADW (Texas) Registered Owner: Luis Carlos Castillo; |
| **Subject Property 2:** | Year of Manufacture: 2012 Make: Harley-Davidson Model: Tri-Glide Ultra Class Vehicle Identification Number: HD1MAM18CB852895 Registration Tags: 4HR541 (Texas) Registered Owner: Luis CarlosCastillo; |
| **Subject Property 3:** | Year of Manufacture: 2013 Make: Mercedes-Benz Model: G 63 AMG Vehicle Identification Number: WDCYC7DF6DX205816 Registration Tags: TMRC (Texas) Registered Owner: Luis Carlos Castillo; |
| **Subject Property 4:** | Year of Manufacture: 2013 Make: Mercedes-Benz Model: G 63 AMG Vehicle Identification Number: WDCYC7DFXDX202367 Registration Tags: BKP6151 (Texas) Registered Owner: Luis Carlos Castillo; |
| **Subject Property 5:** | Year of Manufacture: 2013 Make: Volkswagen Model: CC Vehicle Identification Number: WVWHU73C7EE514136 Registration Tags: SSD-25-97 (Mexico) Registered Owner: Luis Carlos Castillo; |
| **Subject Property 6:** | Year of Manufacture: 2013 Make: Dodge Model: Challenger Vehicle Identification Number: 2C3CDYCJ6DH588089 Registration Tags: NIA (Mexico) Registered Owner: Luis Carlos Castillo; |
| **Subject Property 7:** | Year of Manufacture: Unknown Make: Chrysler Model: Unknown Vehicle Identification Number: Unknown Registration Tags: XHR-96-38 (Mexico) Registered Owner: Luis Carlos Castillo; |
| **Subject Property 8:** | Thirty-three thousand, eight-hundred ninety-one dollars and eighty-seven cents ($33,891.87) in United States Currency, currently in the form of cashier's check Number 080011698 (attached below), seized on November 9, 2016 from the residence of Luis Carlos Castillo-Cervantes; |
| **Subject Property 9:** | Three (3) diamonds seized on November 9, 2016 from a safe located inside the residence of Luis Carlos Castillo-Cervantes; |
| **Subject Property 10:** | Seventy-four (74) Mexican fifty (50) Pesos gold coins stamped "37.5 oro puro" seized on November 9, 2016 from a safe located inside the residence of Luis Carlos Castillo-Cervantes. |
| **Subject Property 11:** | Proceeds from the interlocutory sale of the aircraft identified as a 2008 Learjet 45XR aircraft, serial number 354, with all engines and equipment attached thereto, and all logs and documents contained therein, said aircraft bearing tail number N135CG. The net proceeds are $350,382.22 to be forfeited. |

C) That Notice of the Forfeiture was published on an official government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on beginning on January 7, 2017 (D.E. 59) and August 17, 2017 (D.E. 78), as required by 21 USC 853 (n)(1) (D.E. 216).

The Court hereby finds that service has been effected on all potential Claimants to the subject properties 1 through 11 both known and unknown.

D) No person or entity has filed a Petitioner, Claim, an Answer, or has otherwise appeared to contest Plaintiff's action to forfeit the subject properties 1 through 11.

E) The time to appear and challenge this forfeiture action having passed, all potential claimants to the subject properties 1 through 11 other than Claimant are in default.

F) The United States of America proposes an agreed resolution of this case.

It is therefore ORDERED, ADJUDGED, AND DECREED:

1) Judgment is hereby entered in this case in favor of the United States against all potential claimants;

2) By reason of this Judgment, all right, title, and interest in the subject properties 1 through 11 are vested in the United States of America;

4) United States of America is ordered to disburse the proceeds of the subject properties 1 through 11 in the following order of priority:

i. To the costs of seizure and custodianship of the subject properties 1 through 11; and

ii. To the United States in accordance with applicable law

5) The government shall pay its own costs, attorney's fees, and all other expenses of whatever kind arising out of or resulting from the seizure of the subject properties 1 through 11 or from the institution, prosecution, or resolution of this case, except as otherwise provided

3

herein.

THIS IS A FINAL JUDGMENT.

Signed at Corpus Christi, Texas, on this the 7th day of December, 2017.

_____
Honorable Janis Graham Jack
SENIOR UNITED STATES DISTRICT JUDGE

4